**[J-85-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| AARON C. NAGINEY, | : | No. 51 MAP 2021 |
| | : | |
| Appellee | : | Appeal from the Order of |
| | : | Commonwealth Court dated January |
| | : | 3, 2019 at No. 806 CD 2017 |
| v. | : | Affirming the Order of Union County |
| | : | Court of Common Pleas, Civil |
| | : | Division, dated May 11, 2017, exited |
| COMMONWEALTH OF PENNSYLVANIA, | : | May 12, 2017, at No. CV-16-0430. |
| DEPARTMENT OF TRANSPORTATION, | : | |
| BUREAU OF DRIVER LICENSING, | : | ARGUED:  December 8, 2021 |
| | : | |
| Appellant | : | |

# ORDER

**PER CURIAM**                                                 **DECIDED:  December 13, 2021**

AND NOW, this 13th day of December, 2021, the appeal is **DISMISSED** as having

been improvidently granted.

Justice Saylor did not participate in the consideration or decision of this matter.